IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NOCERA, TRACY MICHEL, JENNIFER ROSSMAN, ANGELA RENEAU, FELICIA SAMMARCO, JOHN J. NOTTO, STEVEN WILLNER and HEATHER SHARP, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-01222 |
| Plaintiffs, | |
| v. | |
| DOLLAR GENERAL CORPORATION D/B/A DOLLAR GENERAL, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, DOLGEN NEW YORK, LLC, DG RETAIL, LLC, AND DOLGEN CALIFORNIA, LLC, | |
| Defendants. | |

**PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Through their undersigned counsel, Plaintiffs Rebecca Nocera, Tracy Michel, Jennifer Rossman, Angela Reneau, Felicia Sammarco, John J. Notto, Steven Willner, and Heather Sharp ("Plaintiffs" or "Named Plaintiffs") respectfully move this Court for an Order preliminarily approving the terms of a proposed class action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement.

In support of this Motion, the Named Plaintiffs aver as follows:

1. After conducting discovery, mediation, and multiple proposals/counterproposals, as well as consideration of the risks, possible delays and expense likely to result from prolonged litigation, Plaintiffs and Dollar General Corporation d/b/a Dollar General, Dolgencorp LLC d/b/a

Dollar General, Dolgen New York LLC, DG Retail LLC, and Dolgen California LLC (collectively, "Dollar General" or "Defendants") have reached agreement on the terms of a proposed class settlement. The Parties executed a Class Action Settlement Agreement ("Settlement Agreement"), a copy of which is attached hereto as **Exhibit A**.

2. The Settlement Agreement represents a comprehensive settlement of the issues raised in the above-captioned case.

3. Plaintiffs believe that the Settlement Agreement offers a fair and equitable result to those affected by it.

4. Plaintiffs believe that the Settlement Agreement will result in significant long-term benefits for individuals who are members of the proposed settlement class.

5. Defendants do not oppose Plaintiff's motion for the purposes of settlement only.[1]

6. Consistent with the Memorandum of Law filed herewith, Plaintiffs respectfully request that the Court sign the proposed Order preliminarily approving the terms of a proposed Class Action Settlement; approving the form and method of providing Notice of the Settlement to the Class; and scheduling a final hearing regarding the Settlement.

7. In support of their motion, Plaintiffs also submit the Resume of Carlson Lynch as **Exhibit B**.

WHEREFORE, Plaintiffs hereby move this Court for an Order: (1) preliminarily approving the terms of the Settlement as set forth in Exhibit A; (2) approving the form of Notice and method of providing Notice of the Settlement to the Class and directing that said form of Notice be provided to Class Members in that manner; and (3) scheduling a Final Fairness Hearing at which

---

[1] Plaintiffs agree that Defendants do not waive their right to oppose any of the required elements of Rule 23 Class Certification or oppose any factual or legal liability arguments contained herein should litigation ensue.

the request for final approval of the Class Settlement and the entry of the Final Judgment and Order will be considered.

Dated: January 27, 2021                                         Respectfully submitted,

<u>/s/ R. Bruce Carlson</u>
R. Bruce Carlson
Kelly K. Iverson
1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 (412) 322-9243
(412) 231-0246 (facsimile)
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

Christina Asbee
Amanda Pearlstein
(*Both admitted pro hac vice*)
DISABILITY RIGHTS NEW YORK
725 Broadway Set. 450
Albany, NY 12207
(518) 432-7861
(518) 427-6561 (facsimile) (not for service)
christina.asbee@drny.org
amanda.pearlstein@drny.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on Wednesday, January 27, 2021, a true and correct copy of PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT was served on all counsel of record via the Court's electronic filing system.

                                                     By:   */s/ R. Bruce Carlson*