# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NOCERA, TRACY MICHEL, JENNIFER ROSSMAN, ANGELA RENEAU, FELICIA SAMMARCO, JOHN J. NOTTO, STEVEN WILLNER, and HEATHER SHARP, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION D/B/A DOLLAR GENERAL, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, DOLGEN NEW YORK, LLC, DG RETAIL, LLC, AND DOLGEN CALIFORNIA, LLC,<br><br>    Defendants. | Case No. 2:18-cv-01222 |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiffs respectfully request that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:

  Exhibit 1 – Declaration of R. Bruce Carlson
  Exhibit 2 – Proposed Final Approval Order and Judgment

Plaintiffs respectfully request that the Court issue the Proposed Final Approval Order and Judgment.

1

Dated: May 12, 2021						Respectfully submitted,

							*/s/ R. Bruce Carlson*
							R. Bruce Carlson
							Kelly K. Iverson
							**CARLSON LYNCH, LLP**
							1133 Penn Avenue, 5th Floor
							Pittsburgh, PA 15222
							Tel: 412-322-9243

							Christina Asbee
							Amanda Pearlstein
							*(Both admitted pro hac vice*)
							**DISABILITY RIGHTS NEW YORK**
							725 Broadway Ste. 450
							Albany, NY 12207
							(518) 432-7861 (telephone)

							*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2021, a true and correct copy of PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was served upon all counsel of record via the Court's electronic filing system.

*/s/ R. Bruce Carlson*