IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NOCERA, TRACY MICHEL, JENNIFER ROSSMAN, ANGELA RENEAU, FELICIA SAMMARCO, JOHN J. NOTTO, STEVEN WILLNER and HEATHER SHARP, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-01222-WSS |
| Plaintiffs, | |
| v. | |
| DOLLAR GENERAL CORPORATION D/B/A DOLLAR GENERAL, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, DOLGEN NEW YORK, LLC, DG RETAIL, LLC, AND DOLGEN CALIFORNIA, LLC, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR REASONABLE ATTORNEYS' FEES AND COSTS**

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Reasonable Attorneys' Fees and Costs is GRANTED. Defendant is directed to pay attorneys' fees and costs to class counsel consistent with the terms of the Class Action Settlement Agreement.

DATED: May 19, 2021

_____
Hon. William S. Stickman
United States District Judge